THOMAS E. McGRATH, ESQ.
Nevada Bar No. 7086
LILITH V. XARA, ESQ.
Nevada Bar No. 13138
**LITCHFIELD CAVO LLP**
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
Telephone: (702) 949-3100
Facsimile: (702) 916-1776
Email: McGrathT@LitchfieldCavo.com
Email: Xara@LitchfieldCavo.com
*Attorney for Defendant BSS Trucking, Inc*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MIKE MONTOYA, individually,<br><br>      Plaintiff,<br><br>v.<br><br>VASYL ODORIYCHUK, individually, BSS TRUCKING, INC.; and DOES I-X; and ROE BUSINESS ENTITIES XI-XX, inclusive,<br><br>      Defendants. | Case No.: 3:25-cv-00007-ART-CSD<br><br>**STIPULATION AND ORDER TO APPEAR REMOTELY FOR CASE MANAGEMENT CONFERENCE** |

Plaintiff, MIKE MONTOYA and Defendant BSS TRUCKING, INC., by and through the undersigned attorneys, hereby stipulate and agree as follows:

1.  The in-person Case Management Conference is scheduled for February 20, 2025 at 10:00 a.m. in Courtroom 2.

2.  Both Plaintiff's and Defendant's counsel are located in Las Vegas, Nevada.

3.  The meet and confer required by the rules will take place on February 13, 2025 at 11:00 a.m.

4.  The parties will properly file their Joint Case Management Report on or before February 14, 2025 at 4:00 p.m.

5.  The parties will likewise file their proposed Discovery Plan and Scheduling Order in a timely manner.

6.  In order to maximize the counsel's time and avoid expenses of traveling to Reno,

NV, Plaintiff and Defendant agree and request leave from the Court to appear remotely via video conference for the Case Management Conference.

**IT IS SO STIPULATED.**

Dated: February 12, 2025   **LITCHFIELD CAVO LLP**

By: _____
THOMAS E. McGRATH, ESQ.
Nevada Bar No. 7086
LILITH V. XARA, ESQ.
Nevada Bar No. 13138
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
T: (702) 949-3100
F: (702) 916-1776
McGrathT@LitchfieldCavo.com
Xara@LitchfieldCavo.com
*Attorney for Defendant BSS Trucking, Inc*

Dated: February 12, 2025   **PACIFIC WEST INJURY LAW**

By:   */s/Kirill V. Mikhaylov*
Kristopher M. Helmick, Esq.
Kirill V. Mikhaylov, Esq.
Bohden G. Cole, Esq.
Christopher L. Cabanilla, Esq.
8180 Rafael Rivera Way, #200
Las Vegas, NV 89113
T: 702-602-4878
F: 702-665-5627
Kris@PacificWestInjury.com
Kirill@PacificWestInjury.com
Bohden@PacificWestInjury.com
Christopher@PacificWestInjury.com
Attorneys for Plaintiff

**ORDER**

Dated: February 13, 2025

_____
UNITED STATES MAGISTRATE JUDGE